# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| DANIEL SPULLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CASHCALL, INC. AND DELBERT )<br>SERVICES CORPORATION, )<br>)<br>Defendants. ) | **JUDGMENT**<br>**CASE NO. 5:13-CV-806-D** |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss [D.E. 11] is GRANTED. The clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **MARCH 5, 2014** WITH A COPY TO:

Edward Maginnis (via CM/ECF Notice of Electronic Filing)
Hayden J. Silver III (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| March 5, 2014 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |